UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 13 CASE |
| Amadee Andria Jr<br>Cecilia Ann Andria | CASE NO. 10-60209 |
| Debtors. | ORDER |

This case came before the court on the motion of US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

It is ordered:

1. The movant, its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated September 12, 2007, executed by Amadee Andria Jr and Cecilia A Andria Husband and wife , recorded on September 14, 2007, as Document No. 1238369 , covering real estate located in Stearns County, Minnesota, legally described as:

Lot 10 Block 8 West Prairie Point according to the Survey thereof on file in the Office of the County Recorder in and for Stearns County Minnesota
And commonly known as 6702 Northwood Lane, St Cloud, Minnesota 56303-9501

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: April 5, 2011

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/05/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk